OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST-CLASS

ZIP 78701
02 1W
0001401603 OCT 22 2015

$ 000.27⁵

POSTAGE ≫ PITNEY BOWES

10/21/2015
TEER, CURTIS          Tr. Ct. No. CR-42737                    WR-83,849-01

This is to advise that the Court has denied without written order the motion for leave
to file the original application for writ of habeas corpus.

Abel Acosta, Clerk

RETURN TO SENDER
DATE 10/23/15

CURTIS TEER

NIC

BN3B 79702